## Terrance WAINWRIGHT, Appellant,

v.

## STATE of Missouri, Respondent.

### No. WD 76539.

Missouri Court of Appeals,
Western District.

June 10, 2014.

Karen Louise Kramer, Jefferson City, MO, for Respondent.

Rosalynn Koch, Columbia, MO, for Appellant.

Before Division One: JOSEPH M. ELLIS PJ., KAREN KING MITCHELL, ANTHONY REX GABBERT, JJ.

## ORDER

PER CURIAM:

Terrance Wainwright appeals the denial of his Rule 29.15 motion for post-conviction

P.2012, unless otherwise indicated.

relief following an evidentiary hearing. We affirm. Rule 84.16(b).